# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                              NO. 4:09CR00341-03 JLH

JANICE LANELL REED                                                          DEFENDANT

## ORDER

Court convened on Thursday, January 19, 2012, for a scheduled hearing on the government's motion to revoke defendant's probation. Assistant United States Attorney Michael S. Gordon was present for the government. The defendant appeared in person with her attorney, Assistant Federal Public Defender Omar F. Greene, II. United States Probation Officers Satori Barnes and Joel Humphrey were also present.

Following witness testimony and argument from counsel, the Court denied the Motion to Revoke Probation for the reasons stated on the record. Document #83.

IT IS SO ORDERED this 19th day of January, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE